UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-9788 PVC                                    Date:  February 5, 2026

Title       Long Point Energy LLC v. Leticia Warren, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  n/a  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| none | none |

**PROCEEDINGS:    ORDER TO SHOW CAUSE RE: WHETHER PLAINTIFF'S OUTSTANDING MOTION FOR SERVICE BY PUBLICATION (Dkt. No. 8) IS NOW MOOT AND THE HEARING SET FOR FEBRUARY 19 SHOULD BE VACATED**

Plaintiff has moved to serve Defendant Leticia Warren through publication pursuant to California Code of Civil Procedure § 415.50.  ("Motion," Dkt. No. 8).

On January 7, 2026, the Court held a hearing on the Motion.  (Dkt. No. 10).  At the close of the hearing, the Court advised Plaintiff that its Motion and supporting evidence were lacking.  The Court continued the hearing to February 19, 2026.  (*Id.*).  It also instructed Plaintiff to file a supplemental memorandum and a supplemental affidavit sufficient to satisfy California Code of Civil Procedure § 415.50 before the new hearing date.

On January 29, 2026, Plaintiff filed a Proof of Service attesting that it served Defendant Leticia Warren personally with copies of the summons, complaint, civil cover sheet, Plaintiff's corporate disclosure statement, certification and notice of interested parties, and notice of assignment to a U.S. Magistrate Judge and declination of consent. (Dkt. No. 11).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  __CV 25-9788 PVC__                                Date:  February 5, 2026

Title       __Long Point Energy LLC v. Leticia Warren, et al.__

In light of this most recent filing, the Court issues this order to show cause requesting whether Plaintiff's Motion is now moot and whether the hearing scheduled for February 19, 2026, should be vacated.

Plaintiff shall file a Response to this Order to Show Cause no later than February 12, 2026.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |